# Court of Appeals
# of the State of Georgia

ATLANTA,__March 12, 2013____

*The Court of Appeals hereby passes the following order:*

**A13A1208. WILLIAM G. HASTY v. JOAN HASTY CASTLEBERRY.**

William G. Hasty, defendant in the case below, has filed a direct appeal from the trial court's order granting partial summary judgment to the plaintiff. Hasty also filed an application for interlocutory appeal from the same order. See A13I0129. We transferred that application to the Supreme Court, because the case appears to concern the meaning of a will. See Ga. Const. 1983, Art. VI, Sec. VI, Para. III (Supreme Court has appellate jurisdiction over "all cases involving wills"); *In re: Estate of Gwendolyn H. Lott*, 251 Ga. 461 (306 SE2d 920) (1983) ("'all cases involving wills' means those cases in which the will's validity or meaning is in question."). The application is currently pending in the Supreme Court as Case Number S13I0845.

For the same reason, and for purposes of judicial economy, we hereby TRANSFER this appeal to the Supreme Court.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,__03/12/2013____*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*



_____ , Clerk.